# Court of Appeals
## Tenth Appellate District of Texas

10-25-00058-CV

Sherri Shauck and James Robert Wallace,
Appellants

v.

Cottonland Properties, LLC,
Appellee

On appeal from the
County Court at Law No. 1 of Ellis County, Texas
Judge James S. Chapman, presiding
Trial Court Cause No. 24-C-3918

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellants Sherri Shauck and James Robert Wallace appealed from a judgment entitled "Agreed Final Judgment" that awarded possession of certain real property to the appellee. By letter dated March 7, 2025, the Clerk of this Court notified the appellants that the filing fee was past due and that unless the appellants obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the payment of the

fee was required. In the same letter, the Clerk warned the appellants that if the original filing fee was not paid within 21 days from the date of the letter, the appeal would be dismissed. More than 21 days have passed, and the filing fee has not been paid.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).

———————————————————

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  April 3, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

